Jaime Cuevas, Jr. SBN 277254
Law Offices of Jaime Cuevas, Jr.
200 East Beverly Blvd., Suite #200
Montebello, CA 90640
Phone: (323) 408-1285
Email: jcuevasbklaw@gmail.com

Attorney for Debtor(s),

Melody Thompson

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No: 6:23-bk-15499-SY |
| MELODY THOMPSON | Chapter 13 |
| | NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL |
| | Date: 4/16/2024<br>Time: 1:30 pm<br>Courtroom 302<br>USBC<br>3420 Twelfth Street<br>Riverside, CA 92501 |

TO THE HONORABLE SCOTT H. YUN, U.S. BANKRUPTCY JUDGE:

   PLEASE TAKE NOTICE, that at the above date, time and place, The Law Offices of Jaime A.

Cuevas, Jr., present counsel for Debtor MELODY THOMPSON ("Debtor") move, pursuant to

Local Bankruptcy Rule 2091-1(a)(1) and (c)(2) and California Rule of Professional Conduct

1.16(b)(5), authorizing Debtor's counsel to withdraw as counsel for the Debtor; and, that the

mentioned MELODY THOMPSON be substituted in the place and stead of the Law Offices of

Jaime A. Cuevas, Jr, as Debtor's counsel of record, in propia persona.

**Deadline For Opposition Papers**

Pursuant to LBR 9013-1(f), any response to this Motion shall be filed with the Clerk of the

Court and served on all interested parties no later than 14 days prior to the above hearing. Failure

to do so may be deemed as a waiver on any objection to the foregoing and deemed by this court

to be consent to granting this motion.


**Relief as Counsel of Record**

LBR 2091-1. ATTORNEYS – WITHDRAWAL, SUBSTITUTION, AND CHANGE OF
ADDRESS (a) Motion for Withdrawal or Substitution.

Except as provided in LBR 2091-1(b), a motion filed under LBR 9013-1(p) is required for:

(1)  Withdrawal without Substitution. An attorney who has appeared on behalf of an
entity or individual in any matter concerning the administration of the case, in one or
more proceedings to withdraw as counsel;
(2)  or (2) Substitution of Self-Represented Individual. An individual who is currently
represented by an attorney in any matter concerning the administration of the case, in
one or more proceedings, who now desires to represent himself/herself without an
attorney. The attorney and individual may include, as an exhibit to the motion, the
court-approved form for substitution of attorney

Pursuant to LBR 2091-1, Movant requests this Court Remove the Law Offices of Jaime A.

Cuevas, Jr.  as counsel of record.

//

//

//

WHEREFORE, Movant respectfully requests this Court:

1. Relieve the Law Offices of Jaime A. Cuevas, Jr. as counsel of record for MELODY THOMPSON; and

2. That MELODY THOMPSON be substituted in the place and stead of the Law Offices of Jaime A. Cuevas, Jr., as Debtor's counsel of record, in propia persona.

DATED: March 22, 2024                          Law Offices of Jaime A. Cuevas, Jr

_____

Jaime A. Cuevas, Jr, Attorney

DECLARATION OF Jaime A. Cuevas, Jr:

I am over the age of eighteen years, and am a resident of the County of Los Angeles.   I have personal knowledge of the facts set forth herein and if called upon as a witness could and would competently testify thereto, under oath.

1.   I am the current attorney of record in case number 6:23-bk-15499-SY filed on November 27, 2023 for debtor MELODY THOMPSON.
2.   Trustee Rod Danielson was assigned as the Chapter 13 Trustee to the case.

3.   In the last month, a breakdown and rupture in the attorney-client relationship

between the firm and MELODY THOMPSON has developed, whereby counsel

cannot properly exercise its professional judgment to the satisfaction of Ms.

THOMPSON's expectation, thereby compelling counsel to file the instant Motion.

4.   While substantial attorney fees are listed to be paid to me through a confirmed plan,

it is my intention not to seek those fees be paid and to allow Ms. THOMPSON to

find another attorney or proceed in pro per.


I declare under penalty of perjury under the laws of the States of California and the United States that the foregoing is true and correct.

Executed  March 22, 2024  at Montebello, California.

_____
Jaime A. Cuevas, Jr.
Attorney

| In re:<br>**Melody Thompson** | CHAPTER: **13** |
|---|---|
| Debtor(s). | CASE NUMBER: **6:23-bk-15499-SY** |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**200 E. Beverly Blvd.**
**Ste. 200**
**Montebello, CA 90640**

A true and correct copy of the foregoing document entitled (*specify*):   **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL**       will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **3/22/24**  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
  **US Trustee: ustpregion16.rs.ecf@usdoj.gov**
  **Rod Danielso, Chapter 13 Trustee: notice-efile@rodan13.com**
  **The Bank of New York Mellon, f/k/a The Bank of New York, as successor to JPMorgan Chase Bank N. A. as Indenture Trustee, on behalf of the holders of the Terwin Mortgage Trust, c/o Bonial & Associates, PC: Kirsten.Martinez@bonialpc.com**
  **Joseph C. Delmotte, Aldridge Pite, LLP: ecfcacb@aldridgepite.com**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On  **3/22/24**  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Scott H. Yun**
**3420 Twelfth Street, Suite 345**
**Riverside, CA 92501**

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/22/24 | Grace Segura | /s/ Grace Segura |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Label Matrix for local noticing
0973-6
Case 6:23-bk-15499-SY
Central District of California
Riverside
Fri Mar 22 08:41:25 PDT 2024

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

The Bank of New York Mellon, f/k/a The Bank
3160 Crow Canyon Place, Suite 215
San Ramon, CA 94583-1110

Riverside Division
3420 Twelfth Street,
Riverside, CA 92501-3819

Affinia Default Services, LLC
301 E Ocean Blvd, Ste 1720
Long Beach, CA 90802-8813

Cavalry SPV I, LLC
PO Box 4252
Greenwich, CT 06831-0405

Franchise Tax Board
Attn: Bankruptcy Dept
PO Box 2952
Sacramento, CA 95812-2952

HSBC Bank USA, National Association
Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286-01Y P.O. Box 1629
Minneapolis MN 55440-1629

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

The Bank of New York Mellon Trustee (See 410
c/o Specialized Loan Servicing LLC
6200 S. Quebec St., Suite 300
Greenwood Village, Colorado 80111-4720

US Department of Education
PO Box 16448
St. Paul, MN 55116-0448

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3255

Wells Fargo Hm Mortgag
PO Box 10335
Des Moines, IA 50306-0335

Jaime A Cuevas Jr.
Law Offices of Jaime A. Cuevas, Jr.
200 E. Beverly Blvd
Ste 200
Montebello, CA 90640-7001

Melody Thompson
3249 Mountain St
Lake Elsinore, CA 92530-1885

Rod Danielson (TR)
3787 University Avenue
Riverside, CA 92501-3332

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

End of Label Matrix
Mailable recipients    16
Bypassed recipients     1
Total                  17